AP-76,580
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/23/2015 12:00:28 PM
Accepted 10/26/2015 7:54:48 AM
ABEL ACOSTA
CLERK

LAW OFFICE OF AMY MARTIN
202 TRAVIS ST. SUITE 300 HOUSTON, TEXAS 77002
FAX 1.866.906.3745  PH. 713.320.3525
AMYMARTINLAW@GMAIL.COM

Friday, October 23, 2015

FILED IN
COURT OF CRIMINAL APPEALS

October 26, 2015

ABEL ACOSTA, CLERK

Abel Acosta
Clerk of the Court
Texas Court of Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711
*via electronic filing*

**Re:** *Albert James Turner v. The State of Texas*
**CCA No.** AP-76,580
**Trial Court Case No.** 54233

Dear Mr. Acosta:

Pursuant to the attached Order on Defense Counsel's Motion to Withdraw and Substitute Counsel, I am giving notice of my appearance as counsel for Albert James Turner, the appellant in the above referenced case.

I am a member in good standing with the Texas State Bar and on the Second Administrative Judicial Region list of attorneys approved to handle appeals in death penalty cases.

/s/Amy Martin
AMY MARTIN
TBN: 24041402
202 Travis St., Suite 300
Houston, Texas 77002
(713) 320-3525

cc: Fort Bend County Assistant District Attorney Gail McConnell via e-mail at Gail.McConnell@fortbendycountytx.gov

CAUSE NO. 10-DCR-054233

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| V. | § | FORT BEND COUNTY, TEXAS |
| ALBERT JAMES TURNER | § | 268TH    JUDICIAL DISTRICT |

**ORDER ON DEFENSE COUNSEL'S MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL**

On September **22**, 2015 came to be heard Defense Counsel's Motion to Withdraw

and Substitute Counsel, after considering same and hearing the arguments of counsel, if any,

this Court is of the opinion that said Motion is hereby:

_____✓GRANTED

_____DENIED

Signed this the _____, 2015.

_____
JUDGE PRESIDING

**FILED**
SEP 0 8 2015
AT _____ O'CLOCK ___ PM.
Clerk District Court Fort Bend Co., TX